United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANA FUENTES, Guardian Ad Litem for Minor C.F. ) ) Petitioners, ) v. ) ) UNITED STATES OF AMERICA, and ) UNITED STATES POSTAL SERVICE, ) ) Respondents. ) ) | Case No.: 13-CV-30005 ORDER REGARDING FILING OF COMPLAINT AND REDACTING PREVIOUSLY FILED DOCUMENTS |

On January 11, 2013, Petitioners Ana Fuentes and C.F. ("Petitioners") filed a petition seeking approval of a proposed settlement with Respondent United States Postal Service ("USPS"). ECF No. 1 ("Petition"). Petitioners have not filed a Complaint in this matter. Without a Complaint, the Court is unable to rule on the Petition as no case has been commenced. Accordingly, Petitioners are hereby ORDERED to: (1) withdraw the Petition, and (2) file a Complaint in order to initiate a civil action. Petitioners may then re-file their Petition seeking approval of the settlement.

Additionally, the Court notes that Petitioners have included C.F.'s full name in Petitioners' filings. The Court hereby ORDERS that the Clerk lock the five documents previously filed in this case. When Petitioners file their Complaint, Petitioners should redact all information which is required to be redacted under Federal Rule of Civil Procedure 5.2, including C.F.'s name.

**IT IS SO ORDERED.**

Dated: January 29, 2013

_____
LUCY H. KOH
United States District Judge